# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAKESHORE ESTATES HOMEOWNER'S
ASSOCIATION, INC.

VERSUS

MALCOLM SUTTER AND KATHRYN A.
SUTTER

      CONSOLIDATED WITH

MALCOLM SUTTER

VERSUS

EUGENE HOTARD, PATRICK TRAINOR,
CHEREE SENS, BOBBY JUGE, MICHAEL
APPLETON, GREGORY WALTERS, BRIAN
DUPUY, SUSAN FINK, RODNEY DURST,
RENAISSANCE REALTY SERVICES, LLC,
AND LAKESHORE ESTATES HOMEOWNERS
ASSOCIATION, INC.

NO. 2024 CW 1053

**FEBRUARY 10, 2025**

---

In Re:    Malcolm Sutter, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201914072 c/w 202111520.

---

**BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

     **STAY DENIED; WRIT GRANTED WITH ORDER.** The portion of the trial court's June 27, 2024 judgment which denied the Motion for Summary Judgment filed by plaintiff, Malcolm Sutter, is vacated. Defendants, Eugene Hotard, Patrick Trainor, Cheree Sens, Bobby Juge, Michael Appleton, Gregory Walters, Brian Dupuy, Susan Fink, Rodney Durst, Renaissance Realty Services, LLC and Lakeshore Estates Homeowner's Association, Inc., in their opposition memorandum raised multiple objections to evidence submitted by plaintiff. The trial court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing whether the court sustains or overrules the objections raised. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on Plaintiff's Motion for Summary Judgment, after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(4).

                         **AHP**
                         **TPS**
                         **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.